### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 11CV3702                    Assigned/Issued By: DAJ

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

***Amount Due:***   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____    ☐ Other
   *(Type of Writ)*                     _____
                                        *(Type of issuance)*

__3__ Original and __0__ copies on _06/13/11_ as to _DEF'S._
                                    *(Date)*

_____

_____